US District Court
Northern District
of Florida

FILED USDC FLND PN
OCT 17 '25 PM3:40

Dauviel Jackson
DC# A90909

PROVIDED TO SANTA ROSA CI ON OCT 14 2025 FOR MAILING BY

PROVIDED TO SANTA ROSA CI ON OCT 10 2025 FOR MAILING BY

PROVIDED TO SANTA ROSA CI ON OCT 14 2025 FOR MAILING BY

V. Case No. 3:25-cv-01325-AW-HTC

K. Perkins, et al.,

Motion for Appointment of Counsel

Pursuant to 28 USC § 1915 (e)(1) Plaintiff moves for an order appointment Counsel to represent them in this Case. in Support of this Motion Plaintiff States, I have no Bar license & not well with litigation I only Completed up to 11 grade never received high School diploma or ged I dont know federal Civil Procedures which is what got my last Case upon issued dismissed Both without Prejudice upon hand writing legible & Faculty Staff manipulate process delay distribute tampering with legal-mail etc & refuse to give assistance Provide with 6month Bank Statement Case No. 3:23-cv-11741-LC-HTC & 3:25-cv-00587-AW-HTC im just tired of Being Abused, assaulted, Mistreated, neglected, tortured, misconduct, act uncolor of state law, deliberate indifference, Cruel unusual punishment, discriminate, harassed, Provoke, retaliated, Coercion, deprived, Starved, fraud, illegal uof & excessive force, unlawful orders, double Jeopardy, Property restriction without mat, Blanket, Crocks, health items etc. Just enough is enough when going about the Right way only to Be retaliated against upon filing grievance which what Procedure is for to file upon misconduct, act uncolor of State law etc nor am i able to afford a lawyer

1) I am unable to afford Counsel I have Requested leave to Proceed in forma Pauperis

2.) My imprisonment will greatly limit my ability to litigate Being on



Close Managment (1) also will Require Significant Research & investigation in this Case for discovery. I have limited access to library when as stated Close Managment 1 & when Keep Being Placed on D/C Upon Retaliation of filing grievances Come to falsified doc to Justify Unlawful action & to frame which I have limited Knowledge when it Come to law futher inform when on D/C Unable to access Book Check out from library restricted from Material

3. A trial in this Case will likely involve Conflicting testimony, and Counseling would better enable me to present evidence as well to cross examine witnesses. even Requesting upon discovery of material that's relvant admissive documents that Can Be retrieved By designated Staff By warden will Be easier with a lawyer Representing to retrieve to give valuable reason why Counsel Should Be appointed as well due to file 3:25-CV-00587-AW-HTC Staff Come aware I filed 1983 119-2505-0001 due to legal mail Stamped & refuse to Process which I had to Resubmit following day 1983 evidence Upon two different Stamp Also Staff Come to send an authorized hit Causing me to Be Stabbed 14X when out of to Be Restrainted Shackled Cool.800 log# 119-2505-0004 even placed in danger for other I/m to do dirty work when Request Plan against 119-2505-0024 & was in 2 out with after 119-2508-0001 But Manipulated as Request Plan when notifying failure to protect place in harms way

4. I've Made repeated effort to obtain lawyer wrote 4 lawyers Sheet will Be attached So I ask for appointing Counseling attach lawyers James V. Cook, Florida Bar, Escambia Santa Rosa Bar, Marie Madox attorney upon other Cases I've wrote lawyer in 2023 & 2024 ABKir P.A FIRM Out of Tallahassee & Rush & glassman out of gainesville

Wherefore, I Request that the Court appoint Counsel a member of Bar asociation

Date: 10-10-25

Signature: [signature]

address: 5850 E. Milton Rd, Milton Fl 32583-7914

Santa Rosa Correctional institutional w/U


**JAMES V. COOK**
ATTORNEY-AT-LAW

REPLY TO: POST OFFICE BOX 10021
TALLAHASSEE, FLORIDA 32302

(850) 222-8080
FAX: (850) 561-0836

September 29, 2025

**ARN: 25409039; LMTN: 25623519**
Jackson, Dauviel, DC#A90909
Santa Rosa Correctional Institution
5850 East Milton Rd.
Milton, Florida 32583-7914

Dear Mr. Jackson:

I received your letter postmarked September 20.

I understand that you have suffered various kinds of abuse including strip cell and management loaf and excessive force and threats and failure to protect.

As you probably know, under the Prison Litigation Reform Act (PLRA) you must fully exhaust the grievance process before you can file a 42 USC 1983 action as a prisoner. If you send me your completed grievances and appeals and the responses to those grievances and appeals, I will take a look. Under the PLRA, without exhausting the grievance process, there will be no way to maintain a civil rights lawsuit as a prisoner. Your only alternative, if you are released before the statute of limitations runs out, would be to file as a non-prisoner.

All legal matters have time limitations depending on the type of action. My impressions or opinions should not be taken as the final word. I urge you to speak to other attorneys. I understand there are not a lot of attorneys who handle prison or law enforcement abuse cases. However, my practice is narrow and I am limited in the type and number of cases I can take.

Enclosed, please find civil rights litigation materials that may be helpful and a list of attorneys who handle various kinds of cases.Sincerely,

James Cook
James V. Cook
Attorney-at-Law

Sent appeal 10-7-25

PROVIDED TO SANTA ROSA CI ON MAY 15 2025 FOR MAILING BY

To: Marie Mattox attorney-at-law

Caseno. [redacted]

[redacted]

I inmate Daniel Jackson #A90909 housed @ Santa Rosa CI m/u CMI unit is writing to that I need appointed Counsling upon Being Abused, tortured, neglected, cruel unusual punishment, inhuman Treatment, deliberate indifference, negligence act, due process, coercion with other, harassment, discriminate, deprived provoke, retaliate, misconduct, 5th amendment double jeopardy, [struck] medical staff, mental health service, + officers, corporal punishment upon other behavior, using illegal excessive force, illegal uof, giving unlawful orders to put inmates in compliance with orders. The warden on down is given down officers in Confinement unlawful inspections so that Staff Can misuse Chemical agents as well as placing them on property restriction + management meal/loaf which is unconstitutional taking mattress, blanket, hygeine etc. let alone for inmates to Be placed on property restrictions + loaf when not going to dr court when is nowhere in Chapter 33 601.307, 601.308, 601.314 prohibiting infractions for inmates to Be placed on property restriction it have to Be a form of regulations that have to Be approved By the Secretary upon inmate prior Behavior and inmates must receive Change of Status and decision Being made and to have an hearing upon action Being taken which isnt Being done inmate is Being put on management meal/loaf + property restriction within 10-15 minutes or lesser timeframe. I Come forward to Being housed and accepted at Santa Rosa CI M/U I have Been put in harm way + danger which cause me to Be in fear of my life upon Staff retaliate upon filing grievance + 1983 Caseno. 3:23-cv-11741-LC-HTC which was dismissed without prejudice due to not knowing policy + procedure of presenting information proper which is why I need Counsling. However, Staff must not retaliate upon such action for appropriate action to Be taken By filing grievance F.S Dewalt-v-Carter 224 Co.F. 3d 607 (7Cir 2000) official may not retaliate upon prisoner for filing it which is grievance also Being retaliated upon prea retaliate upon sexual harassment + one of my charges

MAY 1 5 2025 FOR MAILING BY

In addition, Some matters responded to and most not facility is having Grievance Coordinator Stamp in a timely Manner But having Mail-room Tamper With institutional Mail By either delay distributing Mail By delay over the 15 day of receipt which is followed for inmate to Proceed matters when the grievance Procedure is for inmate to make Channel of ave which is delivering over timeframe within 15 days of incident of incident upon Calling for retention device for Camera, Audio to Be Saved on all informal which Policy & Procedure & Protocol is Being violated for footage to be retained & appropriate requirement to Be met upon Solving matters which is what The grievance Process is for which Staff is Violating inmate to utilizing manipulate Process of Procedure log# 2404-119-220 & 2305-119-098 ETC. is Proof of matter

furthermore, there Been illegal acts(s) Racketeer, fraud, Conspiracy

18 USC 1962 Under Rossvelt law a group effort required to receive Sufficient funds

18 USC 1001 fraud. Deprive liberty Coverup, false Statement dispose evidence

which I only Completed up to 11 grade and really don't have Integration to Student go to School for Bar license

also I am restricted due to Being on Close management I limited access

PROVIDED TO SANTA ROSA CI ON
OCT 01 2025
FOR MAILING BY

Case No. 3:25-cv-01325-AW-HTC

Escambia - Santa Rosa Bar association
216 S. Tarragona St., Suite B
Pensacola, Fl 32501

Copy

I Danniel Jackson DC# A90909 housed @ Santa Rosa Correctional Institution now Come forward upon illegal activity of Prison Abuse of Staff improper Conduct By violating the Constitutional rights of amendment 1st, 8th, 14th 5th amendment discriminate, Cruel unusual punishment, due process, double Jeopardy apply Corporal punishment, using illegal excessive force, & illegal not show staff malicious staff misconduct, neglect, inhuman, Treatment, help, assistance denied / refused given unlawful order & Come to falsified documents to Justify action for unlawful order upon harassment, retaliation, provoke, discriminate to place inmates on property restriction, Management meal / loaf telling inmates to get off door when not create disturbance & is only witness Abuse By Staff to other inmates when not inspection cell & only telling inmates get off door to put inmates in Compliance with unlawful orders etc. of fraud, Conspiracy, racketeering which warden down is give down staff of Confinement unlawful inspection so that Staff Can misuse Chemical agents to place on property restriction & loaf when is no were in 601.314, 601.307, & 601.308 which is required by a form of Change of Status a hearing to take place which is not Being done & taking up to 5-10 minutes when is to be approved By Secretary upon inmate prior behavior which Cause Change of Status & decision Being made upon hearing as required of Policy & Procedure I have filed 2 other 1983 upon matters Being addressed Case No. 3:23-CV-11741-LC-HTC & 3:25-CV-00587-AW-HTC now Case No. 3:25-CV-01325-AW-HTC Just filed which I need Counseling when not know Policy & Civil Procedure when never receive Bar license & only Completed up to 11 grade not receiving diploma or ged As well when Being restricted when on Close Management.

OCT 01 2025

having limited access & unable to receive Books when keep Being placed on C/L for staff retaliate upon filing grievance F.S Dewalt-v-Carter 224 F.3d 607 (7 Cir. 2000) official may not retaliate for prisoner filing grievances

However my mail is Being tampered with case delay distribution which when having a lawyer can do more of discovery & interrogation as well when filing motion & questioning defendant

**THE FLORIDA BAR**

651 East Jefferson St. Tallahassee, FL 32399-2300 (850)561-5600 FAX: (850)561-9405 www.floridabar.org

Upon

Case No. 3:25-Cv-01325-AW-HTC

Dauviel Jackson # A90904
5850 E. milton Rd, milton, Fl 32583
Santa rosa Correctional institutional m/u

PENSACOLA FL 325
16 OCT 2025 AM 1

ADDITIONAL OUNCE ADDITIONAL OUNCE

G2102

US district Court of Northern district of Fla.
1 North Palafox Street
Tallahassee, Fl 32502

3250235625 C003


PROVIDED TO
SANTA ROSA CI ON
OCT 14 2025
FOR MAILING BY
PROVIDED TO
SANTA ROSA CI ON
OCT 10 2025
FOR MAILING BY
MAILED FROM A STATE
CORRECTIONAL INSTITUTION
U.S. POSTAGE
REDATE
OCT 14 2025