## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**DAUVIEL JACKSON,**

    **Plaintiff,**

**v.**                                 **Case No. 3:25-cv-1325-AW-HTC**

**K. PERKINS, et al.,**

    **Defendants.**

_____/

### ORDER OF DISMISSAL

Having considered the magistrate judge's report and recommendation (ECF No. 24), to which there has been no objection, I agree the complaint is subject to dismissal as a shotgun pleading. I now adopt the report and recommendation in full and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on March 9, 2026.

                          s/ *Allen Winsor*
                          Chief United States District Judge